# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:07-CR-00304 |
| v. | (Judge Brann) |
| PAUL SURINE, | |
| Defendant. | |

## ORDER

AUGUST 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner's Motion to Vacate, ECF No. 392, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge