# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:07-CR-00304-1 |
| v. | (Judge Brann) |
| PAUL SURINE, | |
| Defendant. | |

## ORDER

### DECEMBER 9, 2019

In accordance with the accompanying Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Paul Surine's request for a sentence reduction pursuant to the First Step Act (Docs. 403, 417) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge