# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:07-CR-00304-01 |
| v. | (Judge Brann) |
| PAUL SURINE, | |
| Defendant. | |

## ORDER

**JUNE 30, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Surine's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 423), is **DISMISSED** without prejudice based upon his failure to exhaust administrative remedies; and

2. To the extent that Surine seeks release pursuant to the CARES Act, that request is **DISMISSED** for lack of jurisdiction.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge